**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON WOODSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KERN COUNTY CHILD SUPPORT SERVICES,<br><br>　　　　　Defendant. | Case No.: 1:18-cv-0726- LJO JLT<br><br>ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED COMPLAINT NO LATER THAN OCTOBER 22, 2018 |

Jason Woodson is proceeding *pro se* and *in forma pauperis* with an action against Kern County Child Support Services. Previously, the Court reviewed the allegations in Plaintiff's complaint and found he fails to state facts sufficient to support a claim arising under federal law, upon which relief can be granted by this Court. The Court dismissed the complaint with leave to amend on June 12, 2018. (Doc. 3) The Court ordered Plaintiff to file an amended complaint within thirty days of service. (*Id.* at 8)

On July 10, 2018, Plaintiff filed an appeal of the Court's order with the Ninth Circuit Court of Appeals. (Doc. 4) The Ninth Circuit determined it "lack[ed] jurisdiction over []his appeal because the order challenged in the appeal is not final or appealable." (Doc. 8 at 1) Therefore, the Court dismissed Plaintiff's appeal on August 21, 2018. (*Id.*) The judgment of the Court took effect on September 12, 2018. (Doc. 9)

After Plaintiff initiated his appeal, this Court did not enforce its order to Plaintiff to file an amended complaint. However, to date, Plaintiff has not filed an amended complaint in this action. Accordingly, the Court **ORDERS**:

1. Plaintiff **SHALL** file an amended complaint no later than **October 22, 2018**; and
2. <u>Plaintiff is advised that if he fails to comply with this order to file an amended complaint, the action may be dismissed for failure to prosecute and failure to obey the Court's order</u>.

IT IS SO ORDERED.

Dated: **October 3, 2018**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE